NUMBER
13-05-636-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

__________________________________________________________________

 

JOE S. CARRION, ET AL.,                                                             Appellants,

 

                                                             v.

 

A.
W. CHESTERTON COMPANY, ET AL.,                                     Appellees.

__________________________________________________________________

 

                             On
appeal from the 319th District Court

                                        of
Nueces County, Texas.

___________________________________________________________________

 

                               MEMORANDUM
OPINION

 

              Before
Chief Justice Valdez and Justices Hinojosa and Garza

                                   Memorandum
Opinion Per Curiam

 

Appellants, Joe S. Carrion, et al., attempted to
perfect an appeal from an order entered by the Honorable Thomas F. Greenwell of
the 319th District Court of Nueces County, Texas, in cause no. 04-06983-G.








On October 17, 2005, the Clerk of this Court
notified appellants that, upon review of the documents on file, it appeared
that the trial court granted a severance in cause no. 04-06983-G; however, a
new cause number had not yet been assigned to the severed cause due to unpaid
fees with the Nueces County District Clerk=s office. 
Accordingly, the cause number in which the notice of appeal was filed
did not contain a final appealable judgment. 
Pursuant to Texas Rule of Appellate Procedure 42.3, notice of this
defect was given so that steps could be taken to correct the defect, if it
could be done. Appellants were advised that, if the defect was not corrected
within ten days from the date of receipt of this notice, the appeal would be
dismissed for want of jurisdiction. Appellants=
response to this Court=s letter fails to explain or otherwise correct the
defect..

The Court, having considered the documents on file
and appellants= response to the Clerk=s
letter, is of the opinion that the appeal should be dismissed for want of
jurisdiction.  Accordingly, the appeal is
hereby DISMISSED FOR WANT OF JURISDICTION. 
All pending motions are denied as moot.

 

PER CURIAM

 

Memorandum
Opinion delivered and filed 

this
the 26th day of January, 2006.